**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Patrick Earl FRANCIS, a/k/a Jerome
Brown, Defendant—Appellant.**

No. 06–7420.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 1, 2006.

Patrick Earl Francis, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Earl Francis seeks to appeal his sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered judgment on April 18, 1995. The notice of appeal was filed on August 10, 2006. Because this notice of appeal was not timely filed, we dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that this court previously affirmed Francis' convictions and sentence. *See Unit-*ed States v. Francis, No. 95–5266, 1997 WL 657132 (4th Cir. Oct.23, 1997) (unpublished).